

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd St | New York, NY 10019 | tel 213.488.7100 | fax 213.629.1033

Ryan Adelsperger
Tel: +1.213.488.7545
ryan.adelsperger@pillsburylaw.com

April 15, 2026

**VIA ECF**

Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 9B
New York, NY 10007

Application **GRANTED**. The status conference scheduled for April 17, 2026 is adjourned sine die.

The Clerk of Court is respectfully requested to terminate ECF 36.

Dated: April 16, 2026
          New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    ***Studs, Inc. v. Levco Limited Co et al***, **Case No. 1:25-cv-06527-JAV-RFT; Letter-Motion to Adjourn Conference**

Dear Judge Tarnofsky:

We write in connection with the above-referenced matter on behalf of our client, Defendant, Shari Levine.

The parties have recently reached a tentative settlement agreement that would include all named parties, and respectfully request that the Court adjourn the conference scheduled for April 17, 2026, ECF No. 35, for 30 days to allow the parties to finalize the settlement agreement. This is Ms. Levine's first request for an adjournment of the conference. Plaintiff has consented and agreed to the requested adjournment.

Thank you for your consideration.

Respectfully submitted,

*/s/ Ryan R. Adelsperger*
Ryan R. Adelsperger

cc: All Counsel (via ECF)